UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL KANE, JR. ET AL,

               Plaintiffs,

    - against -

JOHN CATSIMATIDIS AND CITY
PRODUCT OPERATING CORP.,

               Defendants.

ORDER

09 Civ. 07707 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Parties are directed to submit a joint letter to the Court by **November 6, 2009** stating whether a settlement agreement has been reached or whether further settlement discussions in front of Magistrate Judge Francis are needed.

Dated: New York, New York
      October 26, 2009

                    SO ORDERED.

                    Paul G. Gardephe
                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09